IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.  CR 04-PT-199-S

MCWANE, INC., JAMES DELK, MICHAEL
DEVINE, CHARLES "BARRY" ROBISON,
and DONALD BILLS

      Defendants.

## MEMORANDUM

With regard to various motions for bills of particular which may have been denied.

The court notes that extensive discovery may provide the information sought. The court further notes that even though the court has denied any such motions, the Government, if it wishes, can file such bills.

This the 14th day of March, 2005.

_____
**ROBERT B. PROPST**
**SENIOR UNITED STATES DISTRICT JUDGE**