IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.  CR 04-PT-199-S

MCWANE, INC., JAMES DELK, MICHAEL
DEVINE, CHARLES "BARRY" ROBISON,
and DONALD BILLS

    Defendants.

## MEMORANDUM

The court has reviewed the "Jury Questionnaire" that the parties have agreed upon. While the court is of the opinion that some of the questions are intrusive and ridiculous, since the parties have agreed, the court will allow them.

This the 25th day of March, 2005.

*[signature: Robert B. Propst]*

**ROBERT B. PROPST**
**SENIOR UNITED STATES DISTRICT JUDGE**