UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | CR-04-PT-0199-S |
| | ) | |
| McWANE, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM OPINION AND ORDER**

The court presently rules that oral responses to inquiries by EPA and/or ADEM officials would be deemed "testimonial" under *Crawford v. Washington,* 541 U.S. 36 (2004), and subject to the Confrontation Clause holdings of *Crawford*. That such responses are "testimonial" is bolstered by the position taken by the Government in Counts 24 and 25. Business records, however, are not so governed. *See United States v. Garnett,* 122 F.3d 1016 (11th Cir. 1997).

This 20th of April, 2005.

_____
**ROBERT B. PROPST
SENIOR UNITED STATES DISTRICT JUDGE**